UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**THERMO CREDIT, LLC,**

    **Plaintiff,**

v.

**DCA SERVICES, INC.,**

    **Defendant.**

Case No. 2:15-cv-2610
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Kimberly A. Jolson

### ORDER

On January 16, 2019, the Clerk entered a *Memorandum as to Bill of Costs* (ECF No. 70), which taxed costs against Plaintiff Thermo Credit, LLC ("Plaintiff") in the amount of $4,374.80. Under Federal Rule of Civil Procedure 54(d)(1), a party can oppose the Clerk's action by filing a motion within seven days of the Clerk's entry. Neither party has filed a motion to review the Clerk's Bill of Costs.

On April 1, 2019, Defendant DCA Services, Inc. ("Defendant") filed a *Motion for Entry of Judgment* (ECF No. 72), requesting the Court to enter judgment on the bill of costs. Plaintiff does not oppose.

Therefore, the Court **AFFIRMS** the Clerk's Bill of Costs and **DIRECTS** the Clerk to enter judgment in the amount of $4,374.80 in favor of Defendant.

**IT IS SO ORDERED.**

5-14-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE